**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN ADAME ALBORAN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCI MENDOTA,<br><br>Respondent. | Case No.: 1:22-cv-01225-JLT-HBK (HC)<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Docs. 1, 8) |

Juan Adame Alboran is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 8, 2022, the assigned magistrate judge issued findings and recommendations recommending that the petition be dismissed without prejudice for failure to prosecute. (Doc. 8.) The findings and recommendations notified the parties notice that any objections thereto were to be filed within 14 days after service. Petitioner has not filed objections, and the deadline to do so has expired.

According to 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis. Based upon the foregoing, the Court **ORDERS**:

1

1. The findings and recommendations issued on December 8, 2022, (Doc. 8), are **ADOPTED IN FULL**.
2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice.
3. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: **January 4, 2023**

UNITED STATES DISTRICT JUDGE